No. 436. RODRIGUE ET AL. *v.* AETNA CASUALTY & SURETY CO. ET AL. C. A. 5th Cir. [Certiorari granted, 393 U. S. 932.] The parties and the Solicitor General as *amicus curiae* are invited to file further briefs within 30 days addressing the following question: "In light of the cases in this Court relating to the limits of admiralty jurisdiction, such as *Phoenix Construction Co.* v. *The Steamer Poughkeepsie,* 212 U. S. 558, affirming 162 F. 494 (D. C. S. D. N. Y. 1908), and in light of the language and legislative history of the Outer Continental Shelf Lands Act, does the Death on the High Seas Act apply to these accidents?" See *Pure Oil Co.* v. *Snipes,* 293 F. 2d 60 (C. A. 5th Cir. 1961).

APRIL 7, 1969.

No. ——. YOUNG *v.* McGEE. C. A. 9th Cir. Application for bail denied.

No. 1675, Misc. SAAVEDRA *v.* CONNECTICUT. Sup. Ct. Conn. Application for stay and for admission to bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. 1655, Misc. IN RE ADAMS. Motion for leave to file petition for writ of habeas corpus denied.

No. 1620, Misc. DAYE *v.* LARKINS. Motion for leave to file petition for writ of mandamus denied.

No. 1064. NORTH CAROLINA *v.* ALFORD. Appeal from C. A. 4th Cir. Motion of appellee for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. *Robert B. Morgan,* Attorney General of North Carolina, and *Andrew A. Vanore, Jr.,* for appellant.